UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 4:24-CR-00255 |
| | : | |
| v. | : | |
| | : | (Judge Arbuckle   ) |
| SACHA CHEESEBORO, | : | |
| Defendant. | : | (electronically filed) |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
18 U.S.C. § 1791(a)(1)
(Providing Contraband to an Inmate)

On or about May 25, 2024, in Union County, Commonwealth of Pennsylvania within the Middle District of Pennsylvania, the defendant,

**SACHA CHEESEBORO,**

in violation of a statute, rule or order issued under a statute, provided and attempted to provide a prohibited object, to wit, a phone or other device used by a user of commercial mobile service, as defined in section 332(d) of the Communications Act of 1934 in connection with such service to Michael McCooy, an inmate of Federal Correctional Institution, Allenwood ("FCI Allenwood"), a federal correctional,

detention, and penal facility.

In violation of Title 18, United States Code, Sections 1791(a)(1), and (b)(4).

> GERARD M. KARAM
> United States Attorney
>
> By: *Tatum Wilson*
> TATUM R. WILSON
> Assistant U.S. Attorney